John PACHECO, Plaintiff—Appellant,

v.

UNIVERSITY MEDICAL CENTER, an Arizona corporation, Defendant—Appellee.

No. 00–15919.

D.C. No. CV–98–00588–RCC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 10, 2002.

Decided Sept. 25, 2002.

Before KOZINSKI and KLEINFELD, Circuit Judges, and KARLTON,* District Judge.

## MEMORANDUM **

Appellant Pacheco failed to establish a prima facie case that he was discriminated against under the "record of" prong, 42 U.S.C. § 12102(2), because the hiring decision was based on Pacheco's present condition as Dr. Young saw it, not his medical record. *See* 42 U.S.C. § 12112(a) (prohibiting discrimination "against a qualified individual with a disability *because of* the disability") (emphasis added).

AFFIRMED.

---

\* The Honorable Lawrence K. Karlton, Senior District Judge for Eastern California, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.